Richard L. Billin, OSB# 904546
E-mail address: rich@billinpc.com
812 Bennett Ave.
Medford, OR 97504
Ph: (541) 776-9900
Fax: (541) 776-1005
Attorney for Defendant Darrell Dewayne Thompson

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>WENDY ANNE THOMPSON AND DARRELL DEWAYNE THOMPSON,<br><br>Debtors.<br><br>MICHAEL PIELS,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL DEWAYNE THOMPSON,<br><br>Defendant. | Case No. 13-64310-fra7<br><br>Adv. Proc. No. 17-06005-fra<br><br>DEFENDANT DARRELL DEWAYNE THOMPSON'S NOTICE RE: PLAINTIFF'S CONCISE STATEMENT OF FACTS & CONCEDING SUMMARY JUDGMENT |

Comes now Defendant by and through his attorney Richard Billin, and hereby concedes to Plaintiff's Motion for Summary Judgment [Doc 12] and adopts Plaintiff's Concise Statement of Facts filed on March 22, 2017 [Doc 13].

DATED this 26th day of April, 2017.

By: */s/ Richard L. Billin*
RICHARD L. BILLIN, OSB No. 904546
Attorney for Darrell Dewayne Thompson
812 Bennett Ave
Medford, OR 97504

NOTICE RE: CONCISE STATEMENT OF FACTS　　　　　　　　　　PAGE 1 OF 2

Rich Billin
Attorney at Law
812 Bennett Ave.
Medford, OR 97504
541-776-9900

Case 17-06005-fra    Doc 16    Filed 05/01/17

Ph (541) 776 – 9900
Fax (541) 776 – 1005
Email: rich@billinpc.com

## CERTIFICATION OF SERVICE

I hereby certify that I served the foregoing DEFENDANT DARRELL DEWAYNE THOMPSON'S NOTICE RE: PLAINTIFF'S CONCISE STATEMENT OF FACTS on the parties listed below on May 1, 2017.

**VIA ECF SYSTEM**

Melisa A. Button
Hornecker Cowling LLP
14 N. Central Ave., Ste104
Medford, OR 97501

*Attorneys for Michael Piels*

DATED May 1, 2017

By: /S/ Richard L. Billin
RICHARD BILLIN, OSB No. 904546
Attorney for Defendant Darrell Thompson
812 Bennett Ave
Medford, OR 97504
Ph (541) 776 – 9900
Fax (541) 776-1005
Email: rich@billinpc.com

NOTICE RE: CONCISE STATEMENT OF FACTS                               PAGE 2 OF 2

Rich Billin
Attorney at Law
812 Bennett Ave.
Medford, OR 97504
541-776-9900

Case 17-06005-fra    Doc 16    Filed 05/01/17